LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN K. GRANT (169813)
SHAWN A. WILLIAMS (213113)
AELISH M. BAIG (201279)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
johng@lerachlaw.com
shawnw@lerachlaw.com
aelishb@lerachlaw.com
       – and –
TRAVIS E. DOWNS III (148274)
KATHLEEN A. HERKENHOFF (168562)
BENNY C. GOODMAN III (211302)
MARY LYNNE CALKINS (212171)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
travisd@lerachlaw.com
kathyh@lerachlaw.com
bennyg@lerachlaw.com
mollyc@lerachlaw.com

THE SHUMAN LAW FIRM
KIP B. SHUMAN
801 East 17th Avenue
Denver, CO  80218-1417
Telephone:  303/861-3003
303/830-6920 (fax)
kip@shumanlawfirm.com

Co-Lead Counsel for Plaintiffs

IT IS SO ORDERED
/s/ James Ware
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re QUICKLOGIC CORPORATION DERIVATIVE LITIGATION ) ) ) This Document Relates To: ) ) ALL ACTIONS. ) ) | Lead Case No. C-06-06834-JW<br><br>JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE |

1   WHEREAS, on November 2, 2006, plaintiff James E. Seadler ("plaintiff") commenced this
2   shareholder's derivative action on behalf of nominal defendant QuickLogic Corporation
3   ("QuickLogic") against defendants E. Thomas Hart, Carl M. Mills, Terry L. Barrett, Timothy Saxe,
4   Jeffrey D. Sexton, Donald P. Beadle, Michael J. Callahan, Arturo Krueger, Christine Russell, Gary
5   H. Tauss and Nicholas Aretakis, for alleged violations of state and federal law arising from the
6   alleged backdating of stock option grants;

7   WHEREAS, on November 29, 2006, plaintiff Cordell Bailey commenced a similar derivative
8   action against the same defendants, and on March 14, 2007, the Court entered an Order
9   consolidating the two actions and appointing James Seadler Lead Plaintiff and Lerach Coughlin
10  Stoia Geller Rudman & Robbins LLP and The Shuman Law Firm Co-Lead Counsel; and

11  WHEREAS, all parties agree to dismissal of the above-entitled action without prejudice
12  pursuant to Fed. R. Civ. P. 41(a)(1);

13  THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the parties,
14  through their respective counsel of record, as follows:

15  1.   Plaintiff dismisses this action against defendants without prejudice;

16  2.   Each party shall bear its own costs and attorneys' fees; and

17  3.   Because the case is requested to be dismissed in its entirety, but without prejudice, the
18  shareholders of nominal defendant QuickLogic will not be harmed in any way by a dismissal of the
19  entire case. As a result, no notice of the proposed dismissal need be given to the shareholders under
20  Fed. R. Civ. P. 23.1.

21  IT IS SO STIPULATED.

22  DATED: August 7, 2007                LERACH COUGHLIN STOIA GELLER
                                           RUDMAN & ROBBINS LLP
23                                       JOHN K. GRANT
                                         SHAWN A. WILLIAMS
24                                       AELISH M. BAIG

25

26                                              /s/
                                         JOHN K. GRANT
27

28

JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE –
C-06-06834-JW                                                                          - 1 -

| | |
|---|---|
| 1 | 100 Pine Street, Suite 2600 |
| | San Francisco, CA  94111 |
| 2 | Telephone:  415/288-4545 |
| | 415/288-4534 (fax) |
| 3 | |
| | LERACH COUGHLIN STOIA GELLER |
| 4 |   RUDMAN & ROBBINS LLP |
| | TRAVIS E. DOWNS III |
| 5 | KATHLEEN A. HERKENHOFF |
| | BENNY C. GOODMAN III |
| 6 | MARY LYNNE CALKINS |
| | 655 West Broadway, Suite 1900 |
| 7 | San Diego, CA  92101 |
| | Telephone:  619/231-1058 |
| 8 | 619/231-7423 (fax) |

THE SHUMAN LAW FIRM
KIP B. SHUMAN
801 East 17th Avenue
Denver, CO  80218-1417
Telephone:  303/861-3003
303/830-6920 (fax)

Co-Lead Counsel for Plaintiffs

DATED:  August 7, 2007     WILSON SONSINI GOODRICH & ROSATI, P.C.
IGNACIO SALCEDA


                /s/
          IGNACIO SALCEDA

650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone:  650/493-9300
650/493-6811 (fax)

Attorneys for defendants E. Thomas Hart, Carl M. Mills, Terry L. Barrett, Timothy Saxe, Jeffrey D. Sexton, Donald P. Beadle, Michael J. Callahan, Arturo Krueger, Christine Russell, Gary H. Tauss and Nicholas Aretakis

1
2     I, John K. Grant, am the ECF User whose ID and password are being used to file this JOINT
3  STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE.   In
4  compliance with General Order 45, X.B., I hereby attest that Ignacio Salceda has concurred in this
   filing.
5
6
7                                                              /s/
                                                        JOHN K. GRANT
8                              *       *       *
9
                                     **O R D E R**
10
       IT IS SO ORDERED.     The Clerk shall close this file.
11
   DATED:  August 13, 2007
12                                           _____
                                             THE HONORABLE JAMES WARE
                                             UNITED STATES DISTRICT JUDGE
13  T:\CasesSF\Quicklogic\STP00044102.doc

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE –
C-06-06834-JW                                                                                    - 3 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 7, 2007.

/s/
JOHN K. GRANT

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail: johnkg@lerachlaw.com

# Mailing Information for a Case 5:06-cv-06834-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Aelish Marie Baig**
  AelishB@lerachlaw.com

- **Travis E. Downs , III**
  travisd@lerachlaw.com,e_file_sd@lerachlaw.com

- **John K. Grant**
  johnkg@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd

- **William S. Lerach**
  e_file_sf@lerachlaw.com

- **Ignacio Evaristo Salceda**
  isalceda@wsgr.com,rlustan@wsgr.com

- **Kip Brian Shuman**
  Kip@shumanberens.com,Lisa@shumanberens.com,Darby@shumanberens.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,travisd@

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Jeffrey A. Berens
Shuman & Berens LLP
801 E 17th Ave
Denver, CO 80218-1417

Darren Jay Robbins
 Lerach Coughlin Stoia Geller Rudman  & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
```